*Josephine Cuyler et al.* v. *Herman H. Bogert et al.* S. M. WOODRUFF, for appellants; J. RHOADES, for respondent. Decree appealed from affirmed with costs, and proceedings remitted.